



Honorable Gregg W. Zive
United States Bankruptcy Judge

Entered on Docket
May 08, 2012

GLORIA M. PETRONI, ESQ.
Nevada Bar No. 002230
417 West Plumb Lane
Reno, NV 89509
Telephone: 775 786 7600
Facsimile: 775 786 7764
E-Mail: topgun@renolaw.biz
Disbursing Agent

UNITED STATES BANKRUTPCY COURT

FOR THE DISTRICT OF NEVADA

IN RE:

EVAN LADELL ALLRED and
VICKIE LYNETTE ALLRED

Debtors.

_____/

BK 10-52518-GWZ
(Chapter 11)

ORDER GRANTING MOTION REQUESTING COURT ORDER DIRECTING DEBTORS TO IMPLEMENT PLAN BY TURNOVER OF DEBTORS' NONEXEMPT MOTORHOME (11 U.S.C. § 1142), AS AMENDED TO INCLUDE ORDER REQUIRING DEBTORS TO EXECUTE AND DELIVER DEEDS OF TRUST

Hearing Date: April 26, 2012
Hearing Time: 2:00 p.m.

The MOTION REQUESTING COURT ORDER DIRECTING DEBTORS TO IMPLEMENT PLAN BY TURNOVER OF DEBTORS' NON EXEMPT MOTORHOME, (11 U.S.C. § 1142 which was filed herein on March 21, 2012 [Docket 241], and subsequently amended by the FIRST AMENDMENT TO MOTION REQUESTING COURT ORDER

PETRONI & NICHOLS
ATTORNEYS AT LAW
417 WEST PLUMB LN.
RENO, NV 89509
775 786 7600

DIRECTING DEBTORS TO IMPLEMENT PLAN BY TURNOVER OF DEBTOR'S NON-EXEMPT MOTOR HOME (11 U.S.C. § 1142) TO INCLUDE ORDER REQUIREING DEBTORS TO EXECUTE AND DELIVER DEEDS OF TRUST filed herein on March 29, 2012 [Docket No. 245], by GLORIA M. PETRONI, ESQ., Disbursing Agent for the Debtors' bankrupt estate, came before the Court after proper notice to all creditors and parties in interest on April 26, 2012, at 2:00 p.m. Present at the hearing were Gloria Petroni, Esq., Disbursing Agent and Chris D. Nichols, Esq., of Petroni & Nichols, Courtney O'Mara, Esq., of Lionel Sawyer and Collins, on behalf of creditor First Financial Bank, and Louis Bubala, Esq., of Armstrong Teasdale, LLP, on behalf of creditor Donna Schlutsmeyer. Debtors, Evan Ladell Allred and Vickie Lynette Allred and their daughter, Karyn Allred appeared telephonically. The Court, having considered the presentation thereto and all of the pleadings on file herein, including Debtors' MOTION FOR CONTINUANCE, filed on April 26, 2012 [Docket No. 249], and good cause appearing;

**IT IS HEREBY ORDERED as follows:**

1. The Debtors' Motion for Continuance is DENIED;
2. Debtors herein are ordered to deliver the 2005 X Line motorhome, with valid and current license registration, all keys, and proof of sufficient and current insurance, to the office of Petroni & Nichols, LTD at 417 West Plumb Lane, Reno, Nevada 89509, on or before May 25, 2012, and to execute any documents necessary to provide the Disbursing Agent with the ability to sell the motorhome, including but not limited to vehicle title and/or an application for duplicate title and other forms required by the Nevada Department of Motor Vehicles to transfer ownership of the motorhome;
3. The Disbursing Agent shall deliver the three deeds of trust (to wit, the second priority deed of trust to be recorded against the real property located at 3701 Highway 208, Wellington, NV and the third and fourth priority deeds of trust to be recorded against the real property known as the Treadway Park Professional Center in Carson City, NV) to the Debtors via mail or Federal Express at their address of 9999 West Shadow Crest Dr., St. George, Utah, 84770, along with a prepaid Federal

Express envelope for the return of documents to the Disbursing Agent. Debtors are to execute the three deeds of trust before a Notary Public and return same to the Disbursing Agent forthwith in the above referenced pre-paid Federal Express envelope; and

4. The Debtors are ordered to provide a monthly accounting to the Disbursing Agent and the Office of the U. S. Trustee of all payments made under the Debtors' confirmed Plan of Reorganization from the effective date of said Plan, January 30, 2012, through April 30, 2012, on or before May 9, 2012.

Prepared by:

GLORIA M. PETRONI, ESQ.
417 West Plumb Lane
Reno, NV 89509

_____
Disbursing Agent

Approved as to form and content
This 7th day of May, 2012

| | |
|---|---|
| Courtney O'Mara, Esq.<br>Lionel Sawyer & Collins<br>50 West Liberty St. Ste 1100<br>Reno, NV 89501 | Louis M. Bubala, Esq.<br>Armstrong Teasdale, LLP<br>50 W. Liberty St., Ste 950<br>Reno, NV 89501 |
| /S/ Courtney O'Mara, Esq.<br>_____<br>Attorney for First Financial Bank | /S/ Louis M. Bubala, Esq.<br>_____<br>Attorney for Donna Schlutsmeyer |

CERTIFICATION RE: RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____ The court has waived the requirement set forth in LR 9021(b)(1).

_____ No party appeared at the hearing or filed an objection to the motion.

__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

| | |
|---|---|
| Louis Bubala, Esq.,    Armstrong Teasdale, LLP | Approved |
| Courtney Miller O'Mara, Esq., Lionel Sawyer Collins | Approved |
| Evan Ladell Allred, Vickie Lynette Allred, and Karyn Allred | Failed to Comment |

_____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Dated this 7th day of May, 2012.

PETRONI & NICHOLS, LTD.

_____

####